**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:          Angelina Guerrero v. Bertha G. Cardenas

Appellate case number:      01-20-00045-CV

Trial court case number:    2017-11430

Trial court:                            270th District Court of Harris County

Date motion filed:              February 7, 2022

Party filing motion:            Appellant Angelina Guerrero

 

     It is ordered that the motion for en banc reconsideration is **denied**.

 

Judge's signature:   /s/  April L. Farris
                        Acting for the En Banc Court

En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date: February 24, 2022